IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AJSHAY JAMES | § | |
| *Plaintiff* | § § § | |
| v. | § | Civil Action No. 4:19-cv-03485 |
| AZELIA WALKER SMITH, *ET AL.* | § § § | |
| *Defendants* | § § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ajshay James and the remaining Defendants Ericka Davis, Shelly Martin, Katie C. Evans, Amy Lynn Small, Jennifer Stansbury, Cara G. Lye, M.D., Jeanine Graf, M.D., and Marcella Donaruma-Kwoh, M.D. stipulate to the dismissal of all claims and causes of action asserted in this lawsuit with prejudice.

Respectfully submitted,

*/s/ R. Scott Poerschke, Jr.*[1]
R. Scott Poerschke, Jr.
SDTX No. 1134348
State Bar. No. 24067822
THE POERSCHKE LAW FIRM, PC
5111 Center Street
Houston, Texas 77007
Phone 713.974.1600
Fax 713.621.2106
scott@rsplegal.com

---

[1] Signed by John S. Serpe with permission.

1

/s/ *Andrew E. Lemanski*[2]
Andrew E. Lemanski
State Bar No. 24046288
Southern District Bar No: 570590
ANDREW E. LEMANSKI & ASSOCIATES
9600 Long Point Rd., Ste. 150
Houston, Texas 77055
(713) 515-2826 (tele)
(713) 583-9401 (fax)
andylemanski@yahoo.com

**COUNSEL FOR PLAINTIFF,
AJSHAY JAMES**

/s/ *John S. Serpe*
John S. Serpe
Federal Bar No. 4741
Texas Bar No. 18037400
SERPE ANDREWS, PLLC
2929 Allen Parkway, Suite 1600
Houston, Texas 77019
Telephone: (713) 452-4400
Facsimile:  (713) 452-4499
Email: jserpe@serpeandrews.com

**ATTORNEY FOR DEFENDANTS,
AMY LYNN SMALL, JENNIFER
STANSBURY, AND KATIE C. EVANS**

---

[2] Signed by John S. Serpe with permission.

/s/ *Terri M. Abernathy*
Mary B. Quimby
Texas Bar No. 24132506
Southern District ID No. 3821837
Terri M. Abernathy
Texas Bar No. 24062894
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4674 | FAX: (512) 320-0667
mary.quimby@oag.texas.gov
terri.abernathy@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS,
ERICKA DAVIS AND SHELLY MARTIN**


*/s/ E. Dale Burrus*[3]
E. Dale Burrus
Federal ID No. 30517
State Bar No. 24012120
DBurrus@SpencerFane.com
Kristen L. Petry
Federal ID No. 2706481
State Bar No. 24077953
KPetry@SpencerFane.com
SPENCER FANE, LLP
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone: 713-552-1234
Telecopier: 713-963-0859

**COUNSEL FOR DEFENDANTS
CARA G. LYE, MD, JEANINE GRAF, MD,
AND MARCELLA DONARUMA-KWOH, MD**

---

[3] Signed by John S. Serpe with permission.

3

## CERTIFICATE OF SERVICE

    This is to certify that, on September 25, 2023, a true and correct copy of the foregoing document was served electronically through the Court's ECF System to all parties of record.

                              */s/ John S. Serpe*
                              John S. Serpe